004923

Order entered November 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-00675-CV

---

## LORENZO & GWENDOLYN SPRATT, Appellants

## V.

## ONE WEST BANK, FSB, ET AL., Appellees

---

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15601**

---

## ORDER

The Court has before it appellee's October 19, 2012 motion to dismiss and appellants' November 8, 2012 response to that motion. The Court **DENIES** the motion to dismiss. The Court further **ORDERS** appellants to pay their filing fee, file their docketing statement, and request and designate the clerk's record and the reporter's record within thirty days of the date of this order.

MOLLY FRANCIS
JUSTICE